UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT BAILEY,                    )
                                 )
          Plaintiff,             )
                                 )
          v.                     )    C.A. No. 17-12187-PBS
                                 )
MIDDLESEX COUNTY,                )
                                 )
          Defendant.             )
                                 )

**ORDER**

**January 8,2017**

Saris, C.J.

For the reasons stated below, the Court orders that this action be dismissed.

Plaintiff Robert Bailey, who is a prisoner, filed a complaint on November 3, 2017. The complaint was accompanied by a motion for leave to proceed in forma pauperis. On November 7, 2017, Magistrate Judge M. Page Kelley entered an order denying the motion without prejudice because Bailey has failed to submit the six-month prison account statement required under 28 U.S.C. § 1915(a)(2). Judge Kelley directed Bailey either to pay the filing fee or to file a renewed motion for leave to proceed in forma pauperis with the six-month prison account statement. She warned him that failure to comply with the directive by November 29, 2017 could result in dismissal of the action.

The deadline for complying with Judge Kelley's November 7, 2017 order has passed without any response from the plaintiff.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee.

SO ORDERED.

 /s/ Patti B. Saris _____
PATTI B. SARIS
CHIEF, U.S. DISTRICT JUDGE